Stacy L. Walker
Laura J. Eakes
Walker & Eakes, LLC
329 F Street, Suite 200
Anchorage, AK 99507
Phone (907) 272-9255
Facsimile (907) 272-9256
stacy@walkereakes.com
laura@walkereakes.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANE DOE I, JANE DOE II, JANE DOE III, JANE DOE IV, JANE DOE V, AND DOES 6-20,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID YESNER, UNIVERSITY OF, ALASKA BOARD OF REGENTS AND UNIVERSITY OF ALASKA SYSTEM,<br><br>Defendants. | Case No. 3:19-cv-00136-HRH |

## CERTIFICATE OF COUNSEL TO ACCOMPANY MOTION TO DISMISS

I represent David Yesner in the above-captioned case. I hereby certify that prior to drafting the instant motion, I emailed plaintiff's attorney, Cornelia Brandfield-Harvey, regarding the lack of specific dates pled in the complaint. I further certify that Ms. Brandfield-Harvey and I met and discussed whether the claimed defects in the complaint relative to the timing of the alleged offenses could be cured by filing an amended pleading. Based on my conversation with Ms. Brandfield-Harvey, it does not appear that plaintiffs are able to cure the claimed defect by a permissible amendment.

DATED this 24th day of June 2019, at Anchorage, Alaska.

>Walker & Eakes, LLC
>Attorney for Defendant
>DAVID YESNER
>
>By: /s/ Laura J. Eakes
>Laura J. Eakes
>Alaska Bar No. 0011072

DATED this 24th day of June 2019, at Anchorage, Alaska.

>Walker & Eakes, LLC
>Attorney for Defendant
>DAVID YESNER
>
>By: /s/ Stacy L. Walker
>Stacy L. Walker
>Alaska Bar No. 0005014

Walker & Eakes LLC
329 F Street, Suite 200
Anchorage, Alaska 99501
PH: (907) 272-9255
FAX: (907) 272-9256

*Doe v Yesner, et al.;* *Case No. 3:19-cv-00136-HRH*
CERTIFICATE OF COUNSEL TO ACCOMPANY MOTION TO DISMISS
Page 2 of 3
Case 3:19-cv-00136-HRH   Document 17   Filed 06/25/19   Page 2 of 3

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 24th day of June 2019 by:

    ___ : Mail
    ___ : Email
    ___ : Hand Delivery
    ___ : Courier
    _x_ : ECF Distribution

To the following persons:

Anthony G. Buzbee
Cornelia Brandfield-Harvey
The Buzbee Law Firm
600 Travis Street, Suite 7300
Houston, TX 77002

Nicole C. Cusack
Cusack Law, LLC
2665 East Tudor Road, Suite 202
Anchorage, AK 99507

Charles Sturm
Sturm Law PLLC
712 Main St, Suite 900
Houston, TX 7700
*Served Via U.S. Mail Only*

  /s/ Stacy L. Walker
    Walker & Eakes, LLC

180.533/pldgs/2019-06-24 Cert of Counsel
To Accompany Motn to Dismiss

Walker & Eakes LLC
329 F Street, Suite 200
Anchorage, Alaska 99501
PH: (907) 272-9255
FAX: (907) 272-9256

*Doe v Yesner, et al.; Case No. 3:19-cv-00136-HRH*
CERTIFICATE OF COUNSEL TO ACCOMPANY MOTION TO DISMISS
Page 3 of 3
Case 3:19-cv-00136-HRH   Document 17   Filed 06/25/19   Page 3 of 3