Anthony G. Buzbee* (TX Bar No. 24001820)(*pro hac vice pending)
tbuzbee@txattorneys.com
Cornelia Brandfield-Harvey* (TX Bar No. 24103540)(*Admitted pro hac vice*)
cbrandfieldharvey@txattorneys.com
THE BUZBEE LAW FIRM
600 Travis Street, Suite 7300, Houston, TX 77002
Tel: (713) 223-5393
Fax: (713) 522-5909

Nicole C. Cusack (AK Bar No. 1511093)
nicole@cusacklawak.com
CUSACK LAW, LLC
2665 East Tudor Road, Suite 202
Anchorage, AK 99507
Tel: (907) 903-4428
Fax: (907) 222-5412

Charles Sturm* (TX Bar No. 1511093)(*Admitted pro hac vice*)
csturm@sturmlegal.com
712 Main Street, Suite 900
Houston, TX 77002
Tel: (713) 955-1800

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANE DOE I, JANE DOE II, JANE DOE III, JANE DOE IV, JANE DOE V, AND DOES 6-20<br><br>*Plaintiffs,*<br><br>v.<br><br>DAVID YESNER, UNIVERSITY OF ALASKA BOARD OF REGENTS AND UNIVERSITY OF ALASKA SYSTEM,<br><br>*Defendants*. | **CASE NO. 3:19-cv-00136-HRH** |

PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT - 1

# PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Plaintiffs request leave of Court to file an amended pleading, First Amended Complaint.

## A. INTRODUCTION

1. Plaintiffs are Jane Doe I, Jane Doe II, Jane Doe III, Jane Doe IV, Jane Doe V, Jane Doe VI and Jane Doe VII. Defendants are University of Alaska Board of Regents, University of Alaska System and David Yesner.

2. Plaintiffs filed a complaint on May 15, 2019. Defendants University of Alaska Board of Regents and University of Alaska System served a partial motion to dismiss under Federal Rule of Civil Procedure 12(b)(6) on June 11, 2019. Defendant David Yesner served a motion to dismiss on June 25, 2019. Plaintiffs now seek leave to amend their complaint because more than 21 days have passed since Defendants served their Rule 12(b) motions.

3. Plaintiffs seek to amend their complaint to include additional Plaintiffs, Plaintiffs Jane Doe VI and Jane Doe VII who also suffered sexual abuse and sexual harassment by Professor David Yesner while attending University of Alaska.

## B. ARGUMENT

4. Unless the opposing party can show prejudice, bad faith, or undue delay, a court should grant leave to file an amended pleading. *Foman v. Davis,* 371 U.S. 178, 182 (1962).

    (a) Leave to amend should be freely given when justice so requires. Fed. R. Civ. P. 15(a)(2); *Foman,* 371 U.S. at 182; *Bylin v. Billings,* 568 F.3d 1224, 1229 (10th Cir. 2009).

PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT - 2

(b) Although the amendment is sought after 21 days of service of Defendants' motions, leave to amend should be freely given when there is good cause. *United States v. Dang,* 488 F.3d 1135, 1142-43 (9th Cir. 2007); *see* Fed. R. Civ. P. 16(b)(3)(A), (b)(4); *O'Connell v. Hyatt Hotels of P.R.,* 357 F.3d 152, 154-55 (1st Cir. 2004).

5. The Court should allow the filing of Plaintiffs' amended pleading because it is appropriate and necessary. *See Gamma-10 Plastics, Inc. v. Am. President Lines, Ltd.,* 32 F.3d 1244, 1255-56 (8th Cir. 1994).

6. Defendants will not be prejudiced by Plaintiffs' amended pleading. *Bylin v. Billings,* 568 F.3d 1224, 1229-30 (10th Cir. 2009); *Phelps v. McClellan,* 30 F.3d 658, 662-63 (6th Cir. 1994). Plaintiffs' amendment is not asserting a new cause of action.

7. Defendants will not be prejudiced by any delay that Plaintiffs' amended pleading may cause. This case is in the early stages. Discovery has not begun. *See Auster Oil & Gas, Inc. v. Stream,* 764 F.2d 381, 391 (5th Cir. 1985).

8. Plaintiffs diligently moved to amend as soon as it became apparent that the amendment was necessary. *See Arreola v. Godinez,* 546 F.3d 788, 795-96 (7th Cir. 2008); *Auster Oil & Gas, Inc. v. Stream,* 764 F.2d 381, 391 (5th Cir. 1985).

9. Plaintiffs are filing their amended pleading along with this motion.

## C. <u>CONCLUSION</u>

10. Defendants will not suffer prejudice or delay by this amended pleading. Plaintiffs

are filing this pleading so that justice may be done. For these reasons, Plaintiffs respectfully ask the Court to grant leave to file their First Amended Complaint.

DATED: July 22, 2019.

Respectfully submitted,

By: */s/ Cornelia Brandfield-Harvey*
Anthony G. Buzbee
(*Pro Hac Vice Admission Pending*)
*Attorney in Charge*
Texas Bar No. 24001820
Federal Bar No. 22679
Cornelia Brandfield-Harvey
(*Admitted Pro Hac Vice*)
Texas Bar No. 24103540
Federal Bar No. 3323190
**THE BUZBEE LAW FIRM**
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel: (713) 223-5393
Fax: (713) 522-5909

Nicole C. Cusack (AK Bar No. 1511093)
**CUSACK LAW, LLC**
2665 East Tudor Road, Suite 202
Anchorage, AK 99507
Tel: (907) 903-4428

Charles Sturm
(*Admitted Pro Hac Vice*)
**STURM LAW PLLC**
Texas Bar No. 1511093
Federal Bar No. 21777
712 Main Street, Suite 900
Houston, Texas 77002
Tel: (713) 955-1800

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2019 I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in Case No. 3:19-cv-00136-HRH who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Cornelia Brandfield-Harvey*
Cornelia Brandfield-Harvey