Danielle M. Ryman
DRyman@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108

Attorneys for Defendants
UNIVERSITY OF ALASKA BOARD OF
REGENTS AND UNIVERSITY OF
ALASKA SYSTEM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANE DOE I, JANE DOE II, JANE DOE III, JANE DOE IV, JANE DOE V, AND DOES 6-20,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID YESNER, UNIVERSITY OF ALASKA BOARD OF REGENTS AND UNIVERSITY OF ALASKA SYSTEM,<br><br>Defendants. | Case No. 3:19-cv-00136-HRH |

**DEFENDANTS' UNIVERSITY OF ALASKA BOARD OF REGENTS AND UNIVERSITY OF ALASKA SYSTEM JOINDER OF DEFENDANT YESNER'S MOTION TO DISMISS--STATUTE OF LIMITATIONS AND MOTION FOR DISMISSAL OF FICTITIOUS PLAINTIFFS**

Defendants University of Alaska Board of Regents and University of Alaska

System (collectively, "the University") by and through their attorneys, Perkins Coie

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

DEFENDANTS' UNIVERSITY OF ALASKA BOARD OF REGENTS
AND UNIVERSITY OF ALASKA SYSTEM JOINDER OF
DEFENDANT YESNER'S MOTION TO DISMISS--STATUTE OF
LIMITATIONS AND MOTION FOR DISMISSAL OF FICTITIOUS
PLAINTIFFS
*Doe, et al. v. Yesner, et al.*
Case No. 3:19-cv-00136-HRH
145095203.1

-1-

Case 3:19-cv-00136-HRH   Document 30   Filed 07/23/19   Page 1 of 2

LLP, join in defendant David Yesner's Motion to Dismiss at Docket 16. The plaintiffs allege that the University is vicariously liable for the acts of Yesner, and therefore join in Yesner's motion to dismiss based on the applicable statute of limitations for those claims alleged against Yesner. The University further joins in plaintiffs' motion to dismiss the unnamed Jane Doe plaintiffs for the reasons stated in the underlying motion at Docket 16.

DATED: July 23, 2019.

**PERKINS COIE LLP**

s/Danielle M. Ryman
Danielle M. Ryman, Alaska Bar No. 9911071
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108

Attorney for Defendants
UNIVERSITY OF ALASKA BOARD OF REGENTS AND UNIVERSITY OF ALASKA SYSTEM

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2019 I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in Case No. 3:19-cv-00136-HRH who are registered CM/ECF users will be served by the CM/ECF system.

s/ Danielle M. Ryman

DEFENDANTS' UNIVERSITY OF ALASKA BOARD OF REGENTS
AND UNIVERSITY OF ALASKA SYSTEM JOINDER OF
DEFENDANT YESNER'S MOTION TO DISMISS--STATUTE OF
LIMITATIONS AND MOTION FOR DISMISSAL OF FICTITIOUS
PLAINTIFFS
*Doe, et al. v. Yesner, et al.*
Case No. 3:19-cv-00136-HRH

-2-

145095203.1