Anthony G. Buzbee (TX Bar No. 24001820)(*Admitted Pro Hac Vice*)
tbuzbee@txattorneys.com
Cornelia Brandfield-Harvey (TX Bar No. 24103540)(*Admitted Pro Hac Vice*)
cbrandfieldharvey@txattorneys.com
THE BUZBEE LAW FIRM
600 Travis Street, Suite 7300, Houston, TX 77002
Tel: (713) 223-5393
Fax: (713) 522-5909

Nicole C. Cusack (AK Bar No. 1511093)
nicole@cusacklawak.com
CUSACK LAW, LLC
2665 East Tudor Road, Suite 202
Anchorage, AK 99507
Tel: (907) 903-4428
Fax: (907) 222-5412

Charles Sturm (TX Bar No. 1511093)(*Admitted Pro Hac Vice*)
csturm@sturmlegal.com
STURM LAW PLLC
712 Main Street, Suite 900
Houston, TX 77002
Tel: (713) 955-1800

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| THERESA DUTCHUK, ANNALISA HEPPNER, LIZ ORTIZ, RANNA WELLS, NORMA JOHNSON, AND JANE DOE VI<br><br>*Plaintiffs,*<br><br>vs.<br><br>DAVID YESNER, UNIVERSITY OF ALASKA BOARD OF REGENTS AND UNIVERSITY OF ALASKA SYSTEM,<br><br>*Defendants.* | **Case No.: 3:19-cv-00136-HRH**<br><br>**NOTICE OF PERTINENT AND SIGNIFICANT LEGAL AUTHORITY** |

1

# NOTICE OF PERTINENT AND SIGNIFICANT LEGAL AUTHORITY

Pursuant to Local Rule 7.1(d), Plaintiffs would like to put this Court on notice of legal authority that is pertinent and significant to Plaintiffs' argument set forth in their Response to Defendants University of Alaska Board of Regents and University of Alaska System's Partial Motion to Dismiss [Dkt. No. 56][*See* pp.14-15].

Plaintiffs would like to submit the attached case *Hernandez v. Baylor University*, 274 F. Supp. 3d 602 (W.D. Tex. 2017) for the Court's review and consideration.

In *Hernandez v. Baylor University*, the Western District of Texas declined to dismiss plaintiff's Title IX claims as untimely when she alleged that she first became aware of the university's deliberate indifference to a known issue of sexual misconduct within its football program four years after the university football player assaulted her—**when a law firm investigating the university's handling of sexual-assault allegations released its report**. *Id.* at 617. Although the plaintiff knew she had been assaulted and that the perpetrator had assaulted other women, **the court believed it was reasonable to infer that her claims did not accrue until later investigations publicly revealed that the university knew and could have prevented her assault.** *Id.* at 616-617.

The Court in *Hernandez* denied Defendants' Motion to Dismiss based on statute of limitations defense because based on allegations, plaintiff **"had no reason to suspect that Baylor's alleged deliberate indifference played a role in her assault," where plaintiff did not learn of university's role in causing her sexual assault until law firm hired to investigate university's handling of sexual assaults released findings years later**. *Id.* at 617.

Plaintiffs' case here against University of Alaska is similar. Plaintiffs appreciate this Court's consideration of this legal authority.

DATED: January 28, 2020

Respectfully submitted,

By: */s/ Cornelia Brandfield-Harvey*
Anthony G. Buzbee
(*Admitted Pro Hac Vice*)
*Attorney in Charge*
Texas Bar No. 24001820
Federal Bar No. 22679
Cornelia Brandfield-Harvey
(*Admitted Pro Hac Vice*)
Texas Bar No. 24103540
Federal Bar No. 3323190
**THE BUZBEE LAW FIRM**
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel: (713) 223-5393
Fax: (713) 522-5909

Nicole C. Cusack (AK Bar No. 1511093)
**CUSACK LAW, LLC**
2665 East Tudor Road, Suite 202
Anchorage, AK 99507
Tel: (907) 903-4428

Charles Sturm
(*Admitted Pro Hac Vice*)
**STURM LAW PLLC**
Texas Bar No. 1511093
Federal Bar No. 21777
712 Main Street, Suite 900
Houston, Texas 77002
Tel: (713) 955-1800

**ATTORNEYS FOR PLAINTIFFS**

4
NOTICE OF PERTINENT AND SIGNIFICANT LEGAL AUTHORITY

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2020 I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in Case No. 3:19-cv-00136-HRH who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Cornelia Brandfield-Harvey*
Cornelia Brandfield-Harvey