IN UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

THERESA DUTCHUK, et al.   v.   DAVID YESNER, et al.

JUDGE  H. RUSSEL HOLLAND     CASE NO.  3:19-cv-0136-HRH

PROCEEDINGS:   **ORDER FROM CHAMBERS**

The University defendants move for leave to file a response to plaintiffs' sur-reply in connection with defendants' motion to dismiss.[1] The time for plaintiffs to file a response to this motion has expired without a response being filed. The court thus treats the University defendants' motion for leave to file a response to plaintiffs' sur-reply as unopposed and grants the motion. The University defendants may file their proposed response to plaintiffs' sur-reply. The court will not, however, entertain any further motions for additional briefing in connection with defendants' motion to dismiss.

---

[1] Docket No. 64.

1