Danielle M. Ryman
DRyman@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108

Attorneys for Defendants
UNIVERSITY OF ALASKA BOARD OF
REGENTS AND UNIVERSITY OF
ALASKA SYSTEM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THERESA DUTCHUK, ANNALISA HEPPNER, LIZ ORTIZ, JOANNA WELLS, NORMA JOHNSON, AND JANE DOE VI,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID YESNER, UNIVERSITY OF ALASKA BOARD OF REGENTS AND UNIVERSITY OF ALASKA SYSTEM,<br><br>Defendants. | Case No. 3:19-cv-00136-HRH |

**DEFENDANTS' UNIVERSITY OF ALASKA BOARD OF REGENTS AND UNIVERSITY OF ALASKA SYSTEM UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT YESNER'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendants' University of Alaska Board of Regents and University of Alaska Systems, by and through their attorneys, Perkins Coie LLP, hereby move this court for an extension of time to file their opposition to Defendant David Yesner's Motion for

UNOPPOSED MOTION FOR EXTENSION OF TIME
*Dutchuk, et al. v. Yesner, et al.*
Case No. 3:19-cv-00136-HRH
147962650.1

-1-

Partial Summary Judgment until May 11, 2020.  Counsel for University of Alaska Board of Regents and University of Alaska Systems has conferred with counsel for Defendant Yesner and they do not oppose this motion.

DATED:  April 21, 2020.

**PERKINS COIE LLP**

s/Danielle M. Ryman
Danielle M. Ryman, Alaska Bar No. 9911071

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone:  907.279.8561
Facsimile:  907.276.3108

Attorneys for Defendants
UNIVERSITY OF ALASKA BOARD OF
REGENTS AND UNIVERSITY OF ALASKA
SYSTEM

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2020 I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court – District of Alaska by using the CM/ECF system.  Participants in Case No. 3:19-cv-00136-HRH who are registered CM/ECF users will be served by the CM/ECF system.

s/ Danielle M. Ryman