Gmail                                                                                         Cornelia <cpb2119@gmail.com>

## Fwd: Doe, et al v. University of Alaska

**Cornelia Brandfield-Harvey** <cbrandfieldharvey@txattorneys.com>                 Mon, May 4, 2020 at 12:17 PM
To: Cornelia Brandfield-Harvey <cpb2119@gmail.com>



**Cornelia Brandfield-Harvey**
*Associate Attorney*
**The Buzbee Law Firm**
JP Morgan Chase Tower
600 Travis St., Suite 7300
Houston, TX  77002
(713) 223-5393
(713) 223-5909 - fax
cbrandfieldharvey@txattorneys.com

Begin forwarded message:

> **From:** Cornelia Brandfield-Harvey <cbrandfieldharvey@txattorneys.com>
> **Date:** May 4, 2020 at 12:03:40 PM CDT
> **To:** "Ryman, Danielle M. (Perkins Coie)" <DRyman@perkinscoie.com>
> **Cc:** Stacy Walker <stacy@walkereakes.com>, Laura Eakes <laura@walkereakes.com>, "O'Brien, Michael (Perkins Coie)" <MOBrien@perkinscoie.com>, "Jones, Breanne I. (Perkins Coie)" <BJones@perkinscoie.com>, "amelia@walkereakes.com" <amelia@walkereakes.com>
> **Subject: Re:  Doe, et al v. University of Alaska**
>
>  Yes I meant complaint. My apologies.
>
> Thank you for the courtesy and the quick response.
>
> **Cornelia Brandfield-Harvey**
> *Associate Attorney*
> **The Buzbee Law Firm**
> JP Morgan Chase Tower
> 600 Travis St., Suite 7300
> Houston, TX  77002
> (713) 223-5393
> (713) 223-5909 - fax
> cbrandfieldharvey@txattorneys.com
>
>> On May 4, 2020, at 12:02 PM, Ryman, Danielle M. (Perkins Coie) <DRyman@perkinscoie.com> wrote:
>>
>> > **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>>
>> Cornelia:

I assume you mean Complaint. Assuming that to be true, no objection.

Danielle

**Danielle Ryman | Perkins Coie LLP**

**PARTNER**

1029 West Third Avenue Suite 300

Anchorage, AK 99501-1981

D. +1.907.263.6927

F. +1.907.263.6427

E. DRyman@perkinscoie.com

**Visit our Covid-19 resource page: www.perkinscoie.com/coronavirus**

---

**From:** Cornelia Brandfield-Harvey <cbrandfieldharvey@txattorneys.com>
**Sent:** Monday, May 4, 2020 8:20 AM
**To:** Stacy Walker <stacy@walkereakes.com>
**Cc:** Laura Eakes <laura@walkereakes.com>; Ryman, Danielle M. (ANC) <DRyman@perkinscoie.com>; O'Brien, Michael (ANC) <MOBrien@perkinscoie.com>; Jones, Breanne I. (ANC) <BJones@perkinscoie.com>; amelia@walkereakes.com
**Subject:** Re: Doe, et al v. University of Alaska

Thank you.

Danielle?

**Cornelia Brandfield-Harvey**

*Associate Attorney*

**The Buzbee Law Firm**
JP Morgan Chase Tower
600 Travis St., Suite 7300
Houston, TX  77002
(713) 223-5393
(713) 223-5909 - fax
cbrandfieldharvey@txattorneys.com

On May 4, 2020, at 10:50 AM, Stacy Walker <stacy@walkereakes.com> wrote:

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Unopposed

Sent from my iPhone

> On May 4, 2020, at 6:06 AM, Cornelia Brandfield-Harvey <cbrandfieldharvey@txattorneys.com> wrote:
>
> Counsel,
>
> We are seeking an extension until Friday, May 8 to file Plaintiffs' Third Amended Petition.
>
> The shut down has caused some delays so we would appreciate a bit more time.
>
> Are you opposed or unopposed?
>
> Thank you.
>
> Sincerely,
>
> **Cornelia Brandfield-Harvey**
>
> *Associate Attorney*
>
> **The Buzbee Law Firm**
> JP Morgan Chase Tower
> 600 Travis St., Suite 7300
> Houston, TX  77002
> (713) 223-5393
> (713) 223-5909 - fax
> cbrandfieldharvey@txattorneys.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.