Danielle M. Ryman
DRyman@perkinscoie.com
Sarah L. Schirack
SSchirack@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108

Attorneys for Defendants
UNIVERSITY OF ALASKA BOARD OF
REGENTS AND UNIVERSITY OF
ALASKA SYSTEM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THERESA DUTCHUK, ANNALISA HEPPNER, LIZ ORTIZ, JOANNA WELLS, NORMA JOHNSON, AND JANE DOE VI, <br><br>Plaintiffs, <br><br>v. <br><br>DAVID YESNER, UNIVERSITY OF ALASKA BOARD OF REGENTS AND UNIVERSITY OF ALASKA SYSTEM, <br><br>Defendants. | Case No. 3:19-cv-00136-HRH |

**DEFENDANTS' UNIVERSITY OF ALASKA BOARD OF REGENTS AND UNIVERSITY OF ALASKA SYSTEM SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THIRD AMENDED COMPLAINT**

Defendants' University of Alaska Board of Regents and University of Alaska

Systems, by and through their attorneys, Perkins Coie LLP, hereby move this court for

SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO
THIRD AMENDED COMPLAINT
*Dutchuk, et al. v. Yesner, et al.* -1-
Case No. 3:19-cv-00136-HRH
148485907.1
Case 3:19-cv-00136-HRH   Document 87   Filed 06/12/20   Page 1 of 2

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK  99501-1981
907.279.8561 / Facsimile 907.276.3108

an extension of time to respond to the Third Amended Complaint until June 29, 2020. Counsel for University of Alaska Board of Regents and University of Alaska Systems has conferred with counsel for Plaintiffs and Defendant Yesner and they do not oppose this motion.

DATED: June 12, 2020.

**PERKINS COIE LLP**

s/Danielle M. Ryman
Danielle M. Ryman, Alaska Bar No. 9911071

s/Sarah L. Schirack
Sarah L. Schirack, Alaska Bar No. 1505075

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108

Attorneys for Defendants
UNIVERSITY OF ALASKA BOARD OF REGENTS AND UNIVERSITY OF ALASKA SYSTEM

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2020 I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in Case No. 3:19-cv-00136-HRH who are registered CM/ECF users will be served by the CM/ECF system.

s/ Danielle M. Ryman

SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THIRD AMENDED COMPLAINT
*Dutchuk, et al. v. Yesner, et al.* -2-
Case No. 3:19-cv-00136-HRH
148485907.1