Anthony G. Buzbee* (TX Bar No. 24001820)(*Admitted Pro Hac Vice*)
tbuzbee@txattorneys.com
Cornelia Brandfield-Harvey* (TX Bar No. 24103540)(*Admitted Pro Hac Vice*)
cbrandfieldharvey@txattorneys.com
THE BUZBEE LAW FIRM
600 Travis Street, Suite 7300, Houston, TX 77002
Tel: (713) 223-5393
Fax: (713) 522-5909

Nicole C. Cusack (AK Bar No. 1511093)
nicole@cusacklawak.com
CUSACK LAW, LLC
2665 East Tudor Road, Suite 202
Anchorage, AK 99507
Tel: (907) 903-4428
Fax: (907) 222-5412

Charles Sturm* (TX Bar No. 1511093)(*Admitted Pro Hac Vice*)
csturm@sturmlegal.com
STURM LAW PLLC
712 Main Street, Suite 900
Houston, TX 77002
Tel: (713) 955-1800

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| THERESA DUTCHUK, ANNALISA HEPPNER, LIZ ORTIZ, RANNA WELLS, NORMA JOHNSON, AND JANE DOE VI<br><br>*Plaintiffs,*<br><br>vs.<br><br>DAVID YESNER, UNIVERSITY OF ALASKA BOARD OF REGENTS AND UNIVERSITY OF ALASKA SYSTEM,<br><br>*Defendants.* | Case No.: 3:19-cv-00136-HRH<br><br>**UNOPPOSED MOTION TO EXTEND DEADLINE FOR FILING PLAINTIFFS' RESPONSE TO UNIVERSITY OF ALASKA DEFENDANTS' PARTIAL MOTION TO DISMISS THIRD AMENDED COMPLAINT** |

1

**UNOPPOSED MOTION TO EXTEND DEADLINE FOR FILING PLAINTIFFS' RESPONSE TO UNIVERSITY OF ALASKA DEFENDANTS' PARTIAL MOTION TO DISMISS THIRD AMENDED COMPLAINT**

Plaintiffs, by and through counsel, move for additional time to file their Response in Opposition to Defendants University of Alaska Board of Regents and University of Alaska System ("University of Alaska Defendants")'s Partial Motion to Dismiss Third Amended Complaint. All Defendants are unopposed to this motion. *See* Exhibit 1. The current deadline for the Response by Plaintiffs is July 20, 2020. This extension will make the new deadline for a response July 27, 2020.

This additional time will allow Plaintiffs to adequately respond to the motion. All parties who have entered this case have consented to this extension. *See* Exhibit 1.

DATED: July 13, 2020.

Respectfully submitted,

By: */s/ Cornelia Brandfield-Harvey*
Anthony G. Buzbee
(*Admitted Pro Hac Vice*)
*Attorney in Charge*
Texas Bar No. 24001820
Federal Bar No. 22679
Cornelia Brandfield-Harvey
(*Admitted Pro Hac Vice*)
Texas Bar No. 24103540
Federal Bar No. 3323190
**THE BUZBEE LAW FIRM**
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel: (713) 223-5393
Fax: (713) 522-5909

Nicole C. Cusack (AK Bar No. 1511093)
**CUSACK LAW, LLC**
2665 East Tudor Road, Suite 202
Anchorage, AK 99507
Tel: (907) 903-4428

Charles Sturm
*(Pro Hac Vice Admission Pending)*
**STURM LAW PLLC**
Texas Bar No. 1511093
Federal Bar No. 21777
712 Main Street, Suite 900
Houston, Texas 77002
Tel: (713) 955-1800

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2020 I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in Case No. 3:19-cv-00136-HRH who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Cornelia Brandfield-Harvey*
Cornelia Brandfield-Harvey