Danielle M. Ryman
DRyman@perkinscoie.com
Sarah L. Schirack
SSchirack@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108

Attorneys for Defendants
UNIVERSITY OF ALASKA BOARD OF
REGENTS AND UNIVERSITY OF
ALASKA SYSTEM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THERESA DUTCHUK, ANNALISA HEPPNER, LIZ ORTIZ, JOANNA WELLS, NORMA JOHNSON, AND JANE DOE VI,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID YESNER, UNIVERSITY OF ALASKA BOARD OF REGENTS AND UNIVERSITY OF ALASKA SYSTEM,<br><br>Defendants. | Case No. 3:19-cv-00136-HRH |

**UNOPPOSED MOTION TO EXTEND CASE DEADLINES**

The University of Alaska System and the Alaska Board of Regents (collectively, the "University"), by and through its counsel of record, Perkins Coie LLP, hereby submits an unopposed request that this Court extend all expert witness deadlines by three months, and the close of fact discovery and deadline for dispositive motions by four months. [The

close of fact discovery currently coincides with the close of expert witness discovery, which the parties now request be staggered by one month to allow for any fact discovery that may be necessitated by depositions of any experts after they submit their reports.] The University has still been hindered in its ability to analyze the character and scope of expertise necessary for its defense due to Plaintiffs' lacking discovery responses, which are the subject of a pending motion to compel. If and when experts are retained, that may give rise to the need for additional fact discovery. Notably, medical records are among the requested (and not yet provided) discovery to inform expert analyses, and those records may take substantial time to collect. Counsel for the University has conferred with counsel for the Plaintiffs and Defendant Yesner about this extension request, and they do not oppose.

**PERKINS COIE** LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

UNOPPOSED MOTION TO EXTEND CASE DEADLINES
*Dutchuk, et al. v. Yesner, et al.*
Case No. 3:19-cv-00136-HRH

-2-

Case 3:19-cv-00136-HRH   Document 118   Filed 08/30/21   Page 2 of 3

DATED: August 30, 2021.

**PERKINS COIE LLP**

s/Sarah Schirack
Sarah L. Schirack, Alaska Bar No. 1505075

s/Danielle M. Ryman
Danielle M. Ryman, Alaska Bar No. 9911071

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108

Attorneys for Defendants
UNIVERSITY OF ALASKA BOARD OF
REGENTS AND UNIVERSITY OF ALASKA
SYSTEM

**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2021, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in Case No. 3:19-cv-00136-HRH who are registered CM/ECF users will be served by the CM/ECF system.

s/Sarah Schirack

UNOPPOSED MOTION TO EXTEND CASE DEADLINES
*Dutchuk, et al. v. Yesner, et al.*
Case No. 3:19-cv-00136-HRH

-3-