Steven T. Graham (*pro hac vice*)
Randolph T. Moore (*pro hac vice*)
SNELL & WILMER L.L.P.
600 Anton Blvd., Suite 1400
Costa Mesa, California 92626
Telephone: 714-427-7000
Facsimile: 714-427-7799
Email: sgraham@swlaw.com
rmoore@swlaw.com

Brewster H. Jamieson, ABA No. 8411122
Michael B. Baylous, ABA No. 0905022
LANE POWELL LLC
1600 A Street, Suite 304
Anchorage, Alaska 99501
Telephone: 907-264-3303
Facsimile: 907-276-2631
Email: baylousm@lanepowell.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| KATIE VAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LLR, INC. d/b/a LuLaRoe, and LULAROE, LLC,<br><br>Defendants. | Case No. 3:18-cv-00197-HRH<br><br>**DECLARATION OF BREWSTER H. JAMIESON IN SUPPORT OF DEFENDANTS' MOTION <u>FOR ATTORNEYS FEES</u>** |

I, Brewster H. Jamieson, declare as follows:

1. I am an attorney with Lane Powell LLC, counsel for Defendants.

2. Attached as Exhibit A is a detailed, slightly-redacted itemization of the time spent and work performed by attorneys on this matter, and an accounting of fees Defendants incurred for that work.

3. Through February 28, 2019, Defendants have incurred $13,110 for the legal service that Lane Powell provided Defendants as local counsel working with Snell & Wilmer.

4. I charged an hourly rate of $425 and my colleague Michael Baylous charged $395. These rates are reasonable based on rates charged by other firms in the Anchorage area for partner-level work on complex litigation. Our firm would charge hourly rates between $250 and $325 for associate-level work on complex litigation, and such rates are also reasonable based on the Anchorage legal market.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

DATED this 18th day of March, 2019.

        s/ *Brewster H. Jamieson*
        Brewster H. Jamieson

I certify that on March 18, 2019, a copy of
the foregoing was served electronically on:

R. Bruce Carlson, bcarlson@carlsonlynch.com
Kelly K. Iverson, kiverson@carlsonlynch.com
Kevin W. Tucker, ktucker@carlsonlynch.com
James J. Davis, Jr., jdavis@njp-law.com
Goriune Dudukgian, gdudukgian@njp-law.com
Steven T. Graham, sgraham@swlaw.com
Randolph T. Moore, rmoore@swlaw.com

s/ *Brewster H. Jamieson*

132017.0001/7608835.1

Declaration of Brewster H. Jamieson in Support of Defendants' Motion for Attorney Fees
*Katie Van v. LLR, Inc. d/b/a LuLaRoe, LuLaRoe, LLC* (Case No. 3:18-cv-00197-HRH)      Page 2 of 2

Case 3:19-cv-00136-HRH Document 121-3 Filed 10/11/21 Page 2 of 4
Case 3:18-cv-00197-HRH Document 57-3 Filed 03/18/19 Page 2 of 2

| Name | Narrative | Date | Hours | Amount |
|---|---|---|---|---|
| Jamieson, Brewster H. | File motion for extension and appearance | 9/26/2018 | 0.30 | 127.50 |
| Jamieson, Brewster H. | Review status of MTD | 10/3/2018 | 1.20 | 510.00 |
| Jamieson, Brewster H. | Teleconference with S. Graham and R. Moore regarding Alaska law and practice and sequence for preparation and review of motion to dismiss | 10/4/2018 | 0.80 | 340.00 |
| Baylous, Michael | Telephone call w/ Snell and Wilmer re UTPA claim and motion to dismiss (1.0); compile materials related to UTPA claim and "ascertainable loss" arguments (2.2) | 10/4/2018 | 3.20 | 1,264.00 |
| Baylous, Michael | Telephone call w/ R. Moore re briefing format | 10/17/2018 | 0.30 | 118.50 |
| Baylous, Michael | Review draft motion to dismiss, Webster order, and cited cases | 10/24/2018 | 1.50 | 592.50 |
| Jamieson, Brewster H. | Review, revise and provide further input to MTD and RFJN, including teleconferences to S. Graham and R. Moore | 10/25/2018 | 2.40 | 1,020.00 |
| Baylous, Michael | Revise motion | 10/25/2018 | 3.00 | 1,185.00 |
| Jamieson, Brewster H. | Review, revise, finalize and supervise filing of MTD and RFJN, including troubleshooting of technical filing issues and teleconferences with R. Moore regarding same | 10/26/2018 | 2.00 | 850.00 |
| Baylous, Michael | Review revised filings; prepare tax ordinances citations; facilitate filing of motions | 10/26/2018 | 2.00 | 790.00 |
| Jamieson, Brewster H. | Prepare for, attend parties planning meeting; draft first cut at report of parties' planning meeting and forward same to co-counsel | 11/13/2018 | 1.50 | 637.50 |
| Baylous, Michael | Call with Steven and Randy re discovery schedule | 11/13/2018 | 0.40 | 158.00 |
| Jamieson, Brewster H. | Attend to details of RPPM preparation and finalization | 11/19/2018 | 0.80 | 340.00 |
| Jamieson, Brewster H. | Attend to RPPM | 11/26/2018 | 0.60 | 255.00 |
| Baylous, Michael | Correspond with co and opposing counsel regarding disclosures | 11/26/2018 | 0.30 | 118.50 |
| Baylous, Michael | Correspond with parties re initial disclosure deadline (0.2); review opposition to motion to dismiss (0.5) | 11/27/2018 | 0.70 | 276.50 |
| Baylous, Michael | Prepare motion to extend deadlines | 11/28/2018 | 0.40 | 158.00 |
| Baylous, Michael | Telephone call with R. Moore re objections to Van declaration | 12/4/2018 | 0.30 | 118.50 |
| Baylous, Michael | Correspond re deadline for reply | 12/5/2018 | 0.20 | 79.00 |
| Baylous, Michael | Review plaintiff's opposition | 12/5/2018 | 0.40 | 158.00 |
| Baylous, Michael | Call with Randy re reply | 12/13/2018 | 0.30 | 118.50 |
| Baylous, Michael | Review reply | 12/14/2018 | 1.80 | 711.00 |
| Baylous, Michael | Review of reply and correspond re jurisdiction issues | 12/15/2018 | 2.50 | 987.50 |

Exhibit A
Page 1 of 2

Case 3:19-cv-00136-HRH   Document 121-3   Filed 10/13/21   Page 3 of 4
Case 3:18-cv-00197-HRH   Document 57-1   Filed 03/18/19   Page 3 of 4

| Baylous, Michael | Finalize reply for filing | 12/17/2018 | 1.10 | 434.50 |
|---|---|---|---|---|
| Jamieson, Brewster H. | Respond to inquiry regarding protective order language | 1/2/2019 | 0.20 | 85.00 |
| Jamieson, Brewster H. | Receive request from Holland's chambers for oral argument dates and provide direction regarding same | 2/1/2019 | 0.20 | 85.00 |
| Baylous, Michael | Telephone call regarding attendance at hearing | 2/4/2019 | 0.30 | 118.50 |
| Jamieson, Brewster H. | Review email from S. Graham | 2/21/2019 | 0.10 | 42.50 |
| Jamieson, Brewster H. | Review status of MTD and discuss same with M. Baylous | 2/22/2019 | 0.30 | 127.50 |
| Baylous, Michael | Prepare for oral argument, including call w/ C. Higgins | 2/27/2019 | 0.50 | 197.50 |
| Baylous, Michael | Review filings in preparation for oral argument (1.5); attend oral argument (1.0); telephone call w/ S. Graham to discuss argument and ▮▮▮▮ ▮▮▮▮ (0.3) | 2/28/2019 | 2.80 | 1,106.00 |
| **GRAND TOTAL** | | | **32.40** | **$ 13,110.00** |

Exhibit A
Page 2 of 2

Case 3:19-cv-00136-HRH Document 121-3 Filed 10/11/21 Page 4 of 4
Case 3:18-cv-00197-HRH Document 57-1 Filed 03/18/19 Page 2 of 2