Michael B. Baylous, ABA No. 0905022
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-264-3303
Facsimile: 907-276-2631
Email: baylousm@lanepowell.com
Attorneys for Plaintiff First Insurance Funding Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| FIRST INSURANCE FUNDING CORP., <br><br> Plaintiff, <br><br> v. <br><br> BLACK GOLD EXPRESS, INC., <br><br> Defendant. | Case No. 3:17-cv-00152-SLG <br><br> **DECLARATION OF COUNSEL** |

I, Michael B. Baylous, declare as follows:

1. I am an attorney with Lane Powell LLC, counsel for Plaintiff First Insurance Funding Corp., and I have personal knowledge of the contents of this declaration.

2. Attached as Exhibit A are invoices outlining the work performed and fees accrued by Lane Powell in this matters. A total of 10.7 hours were billed on this matter. Fees reasonably and necessarily incurred by First Insurance for work totaled $4,012.50.

3. My hourly rate was $375, which is reasonable based on rates charged by other firms in the Anchorage area and is consistent with rates I charge other clients for similar work.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated this 28th day of August, 2017.

                                          s/ Michael B. Baylous
                                          Michael B. Baylous

130955.0001/7057214.1

**Declaration of Counsel**
*First Insurance Funding Corp. v. Black Gold Express, Inc.* (Case No. 3:17-cv-00152-SLG)         Page 2 of 2

Case 3:19-cv-00136-HRH Document 121-4 Filed 10/11/21 Page 2 of 2
Case 3:17-cv-00152-SLG Document 12 Filed 08/28/17 Page 2 of 2