Danielle M. Ryman
DRyman@perkinscoie.com
Sarah L. Schirack
SSchirack@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108

Attorneys for Defendants
UNIVERSITY OF ALASKA BOARD OF
REGENTS AND UNIVERSITY OF
ALASKA SYSTEM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THERESA DUTCHUK, ANNALISA HEPPNER, LIZ ORTIZ, JOANNA WELLS, NORMA JOHNSON, AND JANE DOE VI,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID YESNER, UNIVERSITY OF ALASKA BOARD OF REGENTS AND UNIVERSITY OF ALASKA SYSTEM,<br><br>Defendants. | Case No. 3:19-cv-00136-HRH |

**[PROPOSED] ORDER GRANTING UNIVERSITY'S
RULE 37 MOTION FOR ATTORNEYS' FEES**

University of Alaska System and the Alaska Board of Regents, pursuant to Fed.

R. Civ. P. 37 and this Court's Order on Motion to Compel Discovery,[1] having

submitted a Rule 37 Motion for Attorneys' Fees and the Court having considered any

---

[1] ECF No. 120.

[PROPOSED] ORDER GRANTING UNIVERSITY'S RULE 37 MOTION FOR ATTORNEYS' FEES
*Dutchuk, et al. v. Yesner, et al.*
Case No. 3:19-cv-00136-HRH
Page 1 of 2

Case 3:19-cv-00136-HRH   Document 121-6   Filed 10/11/21   Page 1 of 2

response thereto;

IT IS HEREBY ORDERED the University's Rule 37 Motion for Attorneys' Fees is GRANTED. IT IS FURTHER ORDERED Plaintiffs' counsel shall pay the amount of $24,196.00 in fees to the University within ___ days of the date of this Order.

DATED: ____ day of _____, 2021.

_____
H. Russel Holland
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2021 I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in Case No. 3:19-cv-00136-HRH who are registered CM/ECF users will be served by the CM/ECF system.

s/ Sarah Schirack

[PROPOSED] ORDER GRANTING UNIVERSITY'S RULE 37 MOTION FOR ATTORNEYS' FEES
*Dutchuk, et al. v. Yesner, et al.*
Case No. 3:19-cv-00136-HRH
Page 2 of 2

Case 3:19-cv-00136-HRH   Document 121-6   Filed 10/11/21   Page 2 of 2